Curtis R. MATHIS, Dist. Director of Internal Revenue

v.

NATIONAL BANK OF COMMERCE et al.

No. 17022.

United States Court of Appeals Eighth Circuit.

April 10, 1962.

Robert D. Smith, Jr., U. S. Atty., for appellant.

Charles H. Davis, Memphis, Tenn., and Edward L. Wright, Little Rock, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed on stipulation of parties.